UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

| | : | |
|---|---|---|
| LUIS D. RODRIGUEZ, | : | CASE NO. 1:19-cv-00746 |
| Plaintiff, | : | OPINION & ORDER |
| | : | [Resolving Doc. 1] |
| vs. | : | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | : | |
| Defendant. | : | |

---

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Luis Rodriguez seeks judicial review of the Social Security Administration Commissioner's final decision denying his application for Disability Insurance Benefits ("DIB").[1]

On August 12, 2020, Magistrate Judge Kathleen B. Burke issued a Report and Recommendation ("R&R") recommending that the Court reverse and remand the Commissioner's final decision.[2] On August 21, 2020, Defendant filed a response to the R&R saying that he would not file objections.[3]

The Federal Magistrates Act requires district courts to conduct a *de novo* review of only objected-to portions of an R&R.[4] Absent objection, district courts may adopt an R&R without review.[5] Defendant did not object to the R&R, and this Court may adopt

---

[1] Doc. 1. Plaintiff and Defendant filed merits briefs. Docs. 17 and 20. Plaintiff filed a reply. Doc. 22.
[2] Doc. 23.
[3] Doc. 24.
[4] 28 U.S.C. § 636(b)(1).
[5] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R. *Id*. at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 1:19-cv-00746
Gwin, J.

Magistrate Judge Burke's R&R without further review.

Accordingly, the Court **ADOPTS** Magistrate Judge Burke's R&R, and **REVERSES** and **REMANDS** the Commissioner's final decision.

IT IS SO ORDERED.

Dated: December 10, 2020          *s/      James S. Gwin*
                                  JAMES S. GWIN
                                  UNITED STATES DISTRICT JUDGE